UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

CHAPTER 13

In re: **Robert Rogers**

CASE NO: **10-66562**

Debtor(s).

JUDGE **Steven W. Rhodes**

/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.
Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.
IT IS FURTHER ORDERED that the claim of the Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $fee application in fees and $fee application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **fee application** shall be paid by the Trustee as an administrative expense of this case.
IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.
All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s) shall remit 100 % of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☒ The Debtor(s)' Plan payments shall be increased to $**1,113.91** per **month** effective the **12th** day of January , 2011 .

☒ Debtor shall provide an updated IRS Form 2848 to the Trustee by February 2, 2011.

☒ Unsecured creditors shall receive no less than 100% of their duly filed claims.


Approved:

/s/ Krispen S. Carroll
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
313-962-5035
notice@det13ksc.com

/s/ Christopher E. Frank
Christopher E. Frank P67169
Attorney for Debtor(s)
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
248-677-7445
cfrank@bankruptcymanagmentgroup.com

.

**Signed on January 27, 2011**

/s/ Steven Rhodes

                              **Steven Rhodes**

                              **United States Bankruptcy Judge**